IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-636-8 |
| | : | |
| JAMEL COVINGTON | : | |

**ORDER**

AND NOW, this 7th day of February, 2020, Defendant Jamel Covington having filed a Motion for Early Production of Jencks Act Materials (Document 83), Motion to Retain Rough Notes (Document 84), Motion for Disclosure of Exculpatory Evidence (Document 85), and Motion for Discovery under Federal Rule of Criminal Procedure 16 (Document 86), and the Government having failed to respond to date, it is ORDERED the Government shall no later than February 14, 2020, (1) file a response to the Motions, (2) inform the Court whether the Motions are unopposed, or (3) file a stipulation and order.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.