IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-636-8 |
| | : | |
| JAMEL COVINGTON | : | |

## **ORDER**

AND NOW, this 24th day of September, 2021, upon consideration of Defendant Jamel Covington's Motion to Suppress Physical Evidence, the Government's response in opposition, and the parties' presentations at the September 9–10, 2021, hearing on the Motion, it is ORDERED the Motion (Document 269) is DENIED. A Memorandum setting forth the Court's findings of fact and conclusions of law will be issued separately, prior to trial. *See* Fed. R. Crim. P. 12(d).

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.